**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CARRIE PETROSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No.   17-cv-983-JPG-CJP |
| | ) | |
| COMMISSIONER of SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States

District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for

social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and

reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Carrie Petroski and against defendant

Commissioner of Social Security.

DATED: April 10, 2018


**JUSTINE FLANAGAN,**
**Acting Clerk of Court**

BY: s/Tina Gray
     **Deputy Clerk**


**Approved:**
*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**